[No. 37608-0-I.     Division One.     March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LEE
MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-06273-1, J. Kathleen Learned, J., entered
October 16, 1995. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Agid and Cox, JJ.

[Nos. 37651-9-I; 38818-5-I.     Division One.     March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CORDELL D.
DUNSMORE, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 95-1-03654-2, Janice Niemi, J., entered
December 6, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 37771-0-I.     Division One.     March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RAGHUVINDER
DHILLON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03249-1, William L. Downing, J., entered
December 19, 1995. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Baker, C.J., and Coleman, J.

[No. 37806-6-I.     Division One.     March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
HUMBURGS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-01220-1, Joan E. DuBuque, J., entered
December 1, 1995. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Baker, C.J., and Kennedy, J.